Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOBAKKR DIRAR and MOHAMED ELAMIN,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALASKA AIRLINES, INC.,<br><br>　　　　　　　　Defendant. | No. 2:22-cv-01076-RSM<br><br>STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY<br><br>Note on motion calendar: Nov. 9, 2022 |

**STIPULATION**

Attorney Ramona Hunter of Wilson, Elser, Moskowitz, Edelman & Dicker LLP recently appeared as co-counsel for Alaska Airlines, Inc. Additionally, Jonathan M. Stern of Schnader Harrison Segal & Lewis LLP remains co-counsel for Alaska Airlines, Inc.

In accordance with the Court's August 18, 2022, Order admitting Mr. Stern *pro hac vice* in this matter, (Dkt. 13), Ms. Hunter agrees to sign all filings and to be prepared to handle this matter, including the trial thereof, in the event Mr. Stern is unable to be present on any date scheduled by the Court.

Pursuant to LCR 83.2(b)(1), therefore, all parties stipulate and jointly request that

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEY
(No. 2:22-cv-01076-RSM) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

| | |
|---|---|
| 1 | Geoff Grindeland of Seamark Law Group PLLC be granted leave to withdraw as co- |
| 2 | counsel for Alaska Airlines, Inc. and that the Court enter the order proposed below. |
| 3 | DATED: November 9, 2022 |

| | | |
|---|---|---|
| 4 | SCHNADER HARRISON SEGAL & LEWIS LLP | SEAMARK LAW GROUP PLLC<br>Withdrawing Attorney |
| 5 | Co-Counsel for Alaska Airlines | |
| 6 | *s/Jonathan M. Stern* (per 11/7/2022 e-mail)<br>Jonathan M. Stern, admitted *pro hac vice* | *s/Geoff Grindeland*<br>Geoff Grindeland, WSBA No. 35798 |
| 7 | Schnader Harrison Segal & Lewis LLP<br>1750 K Street NW, Ste 1200 | Seamark Law Group PLLC<br>400 Winslow Way E, Ste 230 |
| 8 | Washington, DC 20006<br>(202) 419-4202 | Bainbridge Island, WA 98110<br>(206) 502-2510 |
| 9 | jstern@schnader.com | geoff@seamarklaw.com |
| 10 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | CAIR NATIONAL LEGAL DEFENSE FUND |
| 11 | Co-Counsel for Alaska Airlines | Co-Counsel for Plaintiffs |
| 12 | *s/Ramona N. Hunter* (per 11/8/2022 e-mail)<br>Ramona N. Hunter, WSBA No. 31482 | *s/Lena F. Masri* (per 11/9/2022 e-mail)<br>Lena F. Masri, admitted *pro hac vice* |
| 13 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Gadeir I. Abbas, admitted *pro hac vice*<br>Justin Sadowsky, admitted *pro hac vice* |
| 14 | 1700 7th Avenue, Ste 2100 | CAIR National Legal Defense Fund |
| 15 | Seattle, WA 98101<br>(206) 709-5900 | 403 New Jersey Ave SE<br>Washington, DC 20003 |
| 16 | ramona.hunter@wilsonelser.com | (202) 420-8127<br>lmasri@cair.com |
| 17 | | gabbas@cair.com<br>jsadosky@cair.com |
| 18 | GAIRSON LAW, LLC<br>Co-Counsel for Plaintiffs | |
| 19 | | |
| 20 | *s/Jay Gairson* (per 11/9/2022 e-mail)<br>Jay Gairson, WSBA No. 43365) | |
| 21 | 4606 Martin Luther King Jr Way S<br>Seattle, WA 98108 | |
| 22 | (206) 357-4218<br>jay@gairson.com | |
| 23 | | |

STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY
(No. 2:22-cv-01076-RSM) - 2

**SEAMARK LAW GROUP PLLC**
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510

**ORDER**

Based on the foregoing, Geoff Grindeland of Seamark Law Group PLLC is granted leave to withdraw as co-counsel for Alaska Airlines, Inc. He is no longer counsel of record in this matter.

Alaska Airlines, Inc. continues to be represented by Ramona N. Hunter of Wilson, Elser, Moskowitz, Edelman & Dicker LLP and Jonathan M. Stern of Schnader Harrison Segal & Lewis LLP.

Pursuant to the August 18, 2022, Order admitting Mr. Stern *pro hac vice*, (Dkt. 13), Ms. Hunter shall sign all filings and shall be prepared to handle this matter, including the trial thereof, in the event Mr. Stern is unable to be present on any date scheduled by the Court.

DATED this 9th day of November, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEY
(No. 2:22-cv-01076-RSM) - 3

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

# CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

**N/A**

DATED: November 9, 2022

                                                   *s/Geoff Grindeland*
                                                   Geoff Grindeland

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEY
(No. 2:22-cv-01076-RSM) - 4

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510