UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOBAKKR DIRAR and MOHAMED ELAMIN,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | Case No. C22-1076-RSM<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY |

The Court has considered Plaintiffs' Motion for Withdrawal of Attorney requesting attorney Luis F. Segura be granted leave to withdraw as co-counsel for Plaintiffs. Dkt. #24. The Court finds that the conditions under LCR 83.2(b)(3) have been met.

Accordingly, the Court hereby finds and ORDERS:

(1) Plaintiff's Motion to Withdraw (Dkt. #24) is GRANTED and Luis F. Segura is allowed to withdraw from this matter and no longer represents Plaintiffs.

(2) Pursuant to the Court's prior Orders (Dkts. #5–7), Jay W. Gairson of Gairson Law, LLC shall sign all filings and shall be prepared to handle this matter, including trial thereof, in the event Lena Masri, Gadeir Abbas, and Justin Sadowsky of CAIR National Legal Defense are unable to be present on any date scheduled by the Court.

ORDER - 1

DATED this 14th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2