1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

ABOBAKKR DIRAR and MOHAMED
ELAMIN,

9

10                                Plaintiffs,

11          v.

12   ALASKA AIRLINES, INC.,

13

14                                Defendant.

Case No. C22-1076-RSM

ORDER GRANTING PLAINTIFFS'
MOTION FOR EXTENSION OF
DEADLINE FOR DISPOSITIVE
MOTIONS

15

16          This matter comes before the Court on Plaintiffs' Motion for Extension of Deadline for

17   Dispositive Motions.  Dkt. #33.  Plaintiffs seek to extend the deadline for dispositive motions to

18   September 7, 2023.  *Id*. at 1.  The Parties met and conferred, and Defendant has stated that it will

19   not oppose Plaintiffs' Motion.  *Id*.

20

21          Having reviewed the Motion and the remainder of the record, the Court finds good cause

22   and ORDERS that Plaintiff's Motion for Extension of Deadline for Dispositive Motions (Dkt.

23   #22) is GRANTED.

24          DATED this 31st day of July, 2023.

25

26

27

28

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1