Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINTON
AT SEATTLE

ABOBAKKR DIRAR and MOHAMED ELAMIN

Plaintiffs,

v.

ALASKA AIRLINES INC.

Defendant.

No. 2:22-cv-01076-RSM

STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY

Note on Motion Calendar: August 1, 2023

**STIPULATION**

Alex Baron of CAIR-Washington recently appeared as co-counsel for Plaintiffs Abobakkr Dirar and Mohamed Elamin. Pursuant to LCR 83.2(b)(1), all parties stipulate and jointly request that Jay Gairson of Gairson Law, LLC be granted leave to withdraw as local counsel for Plaintiffs. Attorneys Lena Masri, Gadeir Abbas, Justin Sadowsky, and Zanah Ghalawanji of CAIR National Legal Defense Fund are appearing for Plaintiffs pro hac vice.

Alex Baron agrees to sign all filings and to be prepared to handle this matter, including the trial thereof, in the event Pro Hac Vice Attorneys Lena Masri, Gadeir Abbas, Justin Sadowsky, and Zanah Ghalawanji are unable to be present on any date scheduled by the Court.

A Statement of Local Counsel is required as part of the Application for Leave to Appear

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEY                                1

Pro Hac Vice. A new Statement of Local Counsel, signed by new local counsel Alex Baron is provided below.

A Proposed Order and Certificate of Service are also provided below.

Respectfully submitted,

SCHNADER HARRISON SEGAL & LEWIS LLP
Co-Counsel for Alaska Airlines
s/Jonathan M. Stern (per 07/31/2023 email)
Jonathan M. Stern, admitted *pro hac vice*
Schnader Harrison Segal & Lewis LLP
1750 K Street NW, Ste 1200
Washington, DC 20006
(202) 419-4202
jstern@schnader.com

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Co-Counsel for Alaska Airlines
Ramona N. Hunter, WSBA No. 31482
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1700 7th Avenue, Ste 2100
Seattle, WA 98101
(206) 709-5900
ramona.hunter@wilsonelser.com

GAIRSON LAW, LLC

Co-Counsel for Plaintiffs
s/Jay Gairson
Jay Gairson, WSBA No. 43365)
4606 Martin Luther King Jr Way S
Seattle, WA 98108
(206) 357-4218
jay@gairson.com

CAIR-WASHINGTON
Co-Counsel for Plaintiffs
s/Alex Baron
CAIR-Washington
1511 Third Ave Ste 788
(206) 316-7524
abaron@cair.com

CAIR NATIONAL LEGAL DEFENSE FUND
Co-Counsel for Plaintiffs
s/Zanah Ghalawanji
Lena F. Masri, admitted *pro hac vice*
Gadeir I. Abbas, admitted *pro hac vice*
Justin Sadowsky, admitted *pro hac vice*
Zanah Ghalawanji, admitted *pro hac vice*
CAIR National Legal Defense Fund
453 New Jersey Ave SE
Washington, DC 20003
(202) 420-8127
lmasri@cair.com
gabbas@cair.com
jsadosky@cair.com
zghalawanji@cair.com

STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY    2

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicants Lena Masri, Gadeir Abbas, Justin Sadowsky, and Zanah Ghalawanji of CAIR National Legal Defense Fund are unable to be present upon any date assigned by the court.

Date: August 1, 2023                    Signature of Local Counsel: s/Alex Baron


Local Counsel's Name: Alexander Baron

Law Firm Name: CAIR-Washington

Street Address: 1511 Third Ave, Suite 788, Seattle, WA 98101

Phone Number: 206-316-7524

Email: abaron@cair.com

# ORDER

Based on the foregoing, Jay Gairson of Gairson Law, LLC is granted leave to withdraw as co-counsel for Plaintiffs Abobakkr Dirar and Mohamed Elamin. He is no longer counsel of record in this matter.

Plaintiffs Abobakkr Dirar and Mohamed Elamin continue to be represented by Alex Baron of CAIR-Washington and by Lena Masri, Gadeir Abbas, Justin Sadowsky, and Zanah Ghalawanji of CAIR National Legal Defense Fund.

Pursuant to the Order admitting Attorneys Lena Masri, Gadeir Abbas, Justin Sadowsky, and Zanah Ghalawanji *pro hac vice*, Mr. Baron shall sign all filings and shall be prepared to handle this matter, including the trial thereof, in the event Pro Hac Vice attorneys are unable to be present on any date scheduled by the Court.

DATED this 3rd day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused to be electronically filed the NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 1, 2023

Respectfully submitted,

By /s/ Alex Baron, Attorney
Alex Baron, WSBA# 47526
CAIR-Washington
1511 Third Ave, Ste 788
Seattle, WA 98101
(206) 316-7524
abaron@cair.com