UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOBAKKR DIRAR and MOHAMED ELAMIN,<br><br>                              Plaintiffs,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>                              Defendant. | Case No. C22-1076-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR AMENDED BRIEFING SCHEDULE AND NEW TRIAL DATE |

This matter comes before the Court on the parties' Stipulated Motion to Amend Briefing Schedule and New Trial Date. Dkt. #43.  The Court has reviewed the stipulation and is otherwise familiar with this matter.

Based upon the foregoing, it is ORDERED that trial is now set for **January 22, 2024,** in this matter.  It is FURTHER ORDERED that related pretrial case schedule deadlines will be amended per the parties' stipulation.

The Court Clerk is directed to issue a revised scheduling order.

DATED this 29th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1