UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABOBAKKR DIRAR and MOHAMED ELAMIN,

              Plaintiffs,

    v.

ALASKA AIRLINES, INC.,

              Defendant.

Case No. C22-1076-RSM

ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE AND EXCHANGE PRETRIAL MATERIALS

      This matter comes before the Court on the parties' "Joint Motion for Extension of Time to File Motions in Limine and Exchange Pretrial Materials," Dkt. #57.  The trial date is set for May 20, 2024.  Dkt. #55.  The current deadlines for the parties to file motions in limine is April 22, 2024, and to exchange verdict sheets and jury instructions is April 24, 2024.  *Id*.  The parties request an extension until April 30, 2024, to file motions in limine and until May 2, 2024, to exchange verdict sheets and jury instructions.  The parties give no reason other than this being "in the interest of justice and [that extensions] will not affect other dates on the Scheduling Order" to grant this extension.

      Federal Rule of Civil Procedure 6(b)(1) permits the Court to extend a deadline for "good cause" shown.  The Court finds that the parties have not provided any reason for these extensions.

ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME- 1

*See gen*. Dkt. #57.  Specifically, granting an extension until April 30 for motions in limine results in a third Friday noting date of May 17, only three days before trial.  This runs the risk of the Court having no time to consider the motions and running afoul of the Local Rule's requirement that motions in limine be noted "no later than the Friday before any scheduled pretrial conference." LCR 7(d)(4).  Given all the above, the Court finds that the parties have failed to demonstrate good cause for extending the requested deadlines.

Having reviewed the relevant pleadings and remainder of the record, the Court hereby finds and ORDERS that the parties' Joint Motion for Extension of Time to File Motions in Limine and Exchange Pretrial Materials, Dkt. #57, is DENIED.  The parties shall adhere to the current trial schedule, Dkt. #55.

DATED this 16th day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME- 2