UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOBAKKR DIRAR and MOHAMED ELAMIN,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>                    Defendant. | Case No. C22-1076-RSM<br><br>ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE AND EXCHANGE PRETRIAL MATERIALS |

      This matter comes before the Court on Plaintiffs Abobakkr Dirar and Mohamed Elamin ("Plaintiffs")'s Unopposed Motion for Extension of Time to File Motions in Limine and Exchange Pretrial Materials, Dkt. #59. The trial date is set for May 20, 2024, which the parties do not wish to extend. Dkt. #55. The current deadlines for the parties to file motions in limine is April 22, 2024, and to exchange pretrial materials is April 24, 2024. *Id*. The parties first requested this extension in an earlier Motion on April 16, 2024, which the Court denied due to no reason given. Dkts. #57 and #58. Plaintiffs, again, request to extend the deadline to file motions in limine to April 30, 2024, and the deadline to exchange pretrial materials to May 2, 2024. Dkt. #57.

Federal Rule of Civil Procedure 6(b)(1) permits the Court to extend a deadline for "good cause" shown. The Court finds that Plaintiff have provided good cause to grant the extension, as the parties have agreed to mediate this matter on April 25, 2024. *Id*. However, while the Court shall grant Plaintiffs' extension as requested, the noting date will remain the same to allow this Court time to consider the motions and provide time for the required pretrial conference to occur after the noting date. *See* LCR 7(d)(4).

Having reviewed the relevant pleadings and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Unopposed Motion for Extension of Time to File Motions in Limine and Exchange Pretrial Materials, Dkt. #59, is GRANTED IN PART. The deadline to file motions in limine is extended to April 30, 2024. However, **the noting date for said motions will remain May 10, 2024.** The deadline to exchange pretrial materials is extended to May 2, 2024.

DATED this 19th day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME - 2