UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOBAKKR DIRAR and MOHAMED ELAMIN,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | No. 2:22-cv-01076-RSM<br><br>**JOINT MOTION TO CONTINUE ALL DATES** |

Pursuant to the first paragraph of page two of ECF Document No. 60, the Parties request that the Court remove this case from the trial docket in anticipation of a stipulation of dismissal being filed within 60 days.

Dated: April 29, 2024

Respectfully submitted,
ELLWANGER HENDERSON LLLP
Co-Counsel for Plaintiffs
/s/ Jay D. Ellwanger
Jay D. Ellwanger, admitted *pro hac vice*
David W. Henderson, admitted *pro hac vice*
ELLWANGER HENDERSON LLLP
11149 Research Blvd, Ste. 100

**JOINT MOTION TO CONTINUE ALL DATES**
(No. 2:22-cv-01076-RSM)– 1

VICTOR RANE, PLC
1200 G STREET NW, SUITE 230A
WASHINGTON, DC 20005
SEATTLE, WA 98101

Austin, Texas 78759
(737) 808-2260
jellwanger@equalrights.law
dhenderson@equalrights.law

CAIR NATIONAL LEGAL DEFENSE FUND
Co-Counsel for Plaintiffs
s/Lena F. Masri
Lena F. Masri, admitted *pro hac vice*
Gadeir I. Abbas, admitted *pro hac vice*
Justin Sadowsky, admitted *pro hac vice*
Zanah Ghalawanji, admitted *pro hac vice*
453 New Jersey Ave SE
Washington, DC 20003
(202) 420-8127
lmasri@cair.com
gabbas@cair.com
jsadosky@cair.com
zghalawanji@cair.com

CAIR WASHINGTON
Co-Counsel for Plaintiffs
s/ Alexander Baron
Alexander Baron, WSBA# 47526
1511 Third Ave, Ste 788
Seattle, WA 98101
(206) 316-7524
abaron@cair.com

Jonathan M. Stern (admitted *pro hac vice*)
VICTOR RANE, PLC
1200 G Street, NW, Suite 230A
Washington, DC 20005
Telephone: (202) 545-7768
Facsimile: (202) 545-7784
Email: jstern@victorrane.com
Attorneys for Alaska Airlines, Inc.

Brittany C. Wakim (admitted *pro hac vice*)
VICTOR RANE, PLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 297-3356
Email: bwakim@victorrane.com
Attorneys for Alaska Airlines, Inc.

**JOINT MOTION TO CONTINUE ALL DATES**
(No. 2:22-cv-01076-RSM)– 2

**VICTOR RANE, PLC**
1200 G STREET NW, SUITE 230A
WASHINGTON, DC 20005
SEATTLE, WA 98101

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
By: /s/Carinne E. Bannan
Carinne E. Bannan, WSBA #52564
Erik Connell, WSBA #46365
520 Pike Street, Suite 2350
Seattle, WA 98101
T: 206.709.5900
F: 206.709.5901
Carinne.bannan@wilsonelser.com
Erik.connell@wilsonelser.com
Attorneys for Defendant Alaska Airlines, Inc.

SO ORDERED this 30th day of April, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**JOINT MOTION TO CONTINUE ALL DATES**
(No. 2:22-cv-01076-RSM)– 3

**VICTOR RANE, PLC**
1200 G STREET NW, SUITE 230A
WASHINGTON, DC 20005
SEATTLE, WA 98101