UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABOBAKR DIRAR and MOHAMED ELAMIN,

               Plaintiffs,

v.

ALASKA AIRLINES, INC.,

               Defendant.

Case No. C22-1076-RSM

ORDER OF DISMISSAL

    This matter comes before the Court on the parties' Stipulation of Dismissal, Dkt. #63. The parties stipulate for dismissal of Plaintiffs' claims against Defendant Alaska Airlines, Inc. pursuant to Rule 41(a)(1)(A)(ii). *Id*. Accordingly, the Court ORDERS that Plaintiff's claims against Defendant in this action are DISMISSED with prejudice.  This case is CLOSED.

    DATED this 25th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1